FILED

11/04/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0349

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| SESSEL SAGORIN, as successor to interest to YELLOWSTONE LODGING, LLC,<br><br>    Appellant,<br><br>    vs.<br><br>SUNRISE HEATING AND COOLING, LLC, EXCELLENCE HEATING & COOLING, LLC, BRIAN MEDRAIN, ZACK NELSON, DAIKIN NORTH AMERICA, LLC, DAIKIN APPLIED AMERICAS, INC., THERMAL SUPPLY, INC., LATERAL ELECRICAL SERVICES, INC. AMERICAN EXPRESS COMPANY, LESLIE JONGBERG III, d/b/a MONTANA MOBILE MOUNTAIN COOLING SERVICES, DOUG'S CONSTR. AND REPAIR, INC., CHRIS BAKER, JAMIE WRIGHT, TRAVIS JORDAN, SCOTT PHELAN, ESQUIRE, INTERMOUNTAIN LAW, LLC and DODD LAW FIRM, P.C.,<br><br>    Appellees. | Supreme Court Cause No.<br>DA 21-0349<br><br><br><br><br>ORDER GRANTING APPELLEE INTERMOUNTAIN LAW'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER BRIEF |

Pursuant to the authority granted under Rule 26(1), M.R.App.P., Appellee

Intermountain Law, PLLCS is granted their first thirty-day extension of time through

and including **December 8, 2021**, within which to file Appellee Intermountain Law,

PLLC's Answer Brief.

      ELECTRONICALLY SIGNED and DATED as indicated below.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 4 2021